THE PEOPLE ex rel. GEORGE DAKIN et al., Appellants, *v*, JOHN BYRNE as Superintendent, etc., Respondent.

(Argued October 14, 1879 ; decided November 11, 1879.)

*W. B. Donihee* for appellants.

*George S. Wardwell* for respondent.

*Per Curiam* mem. for affirmance of order granting new trial, on opinion of Justice DANIELS at Special Term, and for judgment absolute against plaintiff on stipulation.
All concur.
Order affirmed and judgment accordingly.